In the Matter of WALTER O'NEIL, Appellant, against WALTER N. THAYER, JR., as Commissioner of Correction, et al., Respondents.

(Argued January 9, 1936; decided January 28, 1936.)

*James P. Casey* and *Robert J. Fitzsimmons* for appellant.
*John J. Bennett, Jr., Attorney-General (Caleb Candee Brown, Jr.,* of counsel), for respondents.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.